NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHEN STRAUSBAUGH,**
*Petitioner,*

v.

**GOVERNMENT PRINTING OFFICE,**
*Respondent.*

---

2012-3126

---

Petition for review of the Merit Systems Protection Board in case no. AT315H090034-B-3.

---

## ON MOTION

---

## ORDER

Stephen Strausbaugh moves to waive the court's docketing fee by submitting a USERRA Notification Form. The Government Print Office moves for a 21-day extension of time, to and including June 22, 2012, within which to file its informal response brief.

Strausbaugh filed two separate petitions for review, one now forming *Strausbaugh v. Government* 2012-3115, which involved a claim under the Uniformed Services

Employment and Reemployment Rights Act of 1994, and the other petition, this case, which did not.

Accordingly,

IT IS ORDERED THAT:

(1) Strausbaugh is directed to pay the court's docketing fee within 14 days of the date of this order or move for leave to proceed in forma pauperis.

(2) The Government Printing Office's motion for an extension of time is granted. Its informal response brief is due no later than June 22, 2012

FOR THE COURT

**JUN 1 4 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Stephen Strausbaugh (IFP form enclosed)
     Vincent D. Phillips, Esq.
s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 4 2012

JAN HORBALY
CLERK